# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1819

_____

Marcus J. Lewis,

        Appellant,

   v.

T. C. Outlaw, Warden, FCI-Forrest City,

        Appellee.

\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Eastern District of Arkansas.
\*
\*   [UNPUBLISHED]
\*
\*

_____

Submitted: August 2, 2010
Filed: August 11, 2010

_____

Before BYE, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Federal inmate Marcus Lewis appeals the district court's[1] dismissal of his 28 U.S.C. § 2241 petition. After careful de novo review, see Mitchell v. U.S. Parole Comm'n, 538 F.3d 948, 951 (8th Cir. 2008) (per curiam), we affirm the dismissal for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).